Affidavit of SPECIAL PROCESS SERVER

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Number  **19 CV 6826**

**KENNETH LITTWIN, JR.**

v.

**INTERNATIONAL UNION OF BRICKLAYERS, ADMINISTRATIVE COUNCIL 1 OF ILLINOIS**

I, **JOHN VALLE**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT.

## CORPORATE SERVICE

THAT I SERVED THE WITHIN — SUMMONS, COMPLAINT, EXHIBIT(S)
ON THE WITHIN NAMED DEFENDANT — INTERNATIONAL UNION OF BRICKLAYERS, ADMINISTRATIVE COUNCIL 1 OF ILLINOIS
PERSON SERVED — CHRISTINE CONNOLEY, EMPLOYEE AUTHORIZED TO ACCEPT
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT — 1/23/2020

That the sex, race, and approximate age of the person whom I left the document(s) are as follows:

| | | | | | |
|---|---|---|---|---|---|
| **Sex** | FEMALE | **Race** | WHITE | **Age** | 40S |
| **Height** | 5'8" | **Build** | AVERAGE | **Hair** | BROWN |

LOCATION OF SERVICE  **660 N INDUSTRIAL DR**
**ELMHURST, ILLINOIS 60126**

Service GPS  -87.94487 41.91899
Date Of Service  1/23/2020
Time  11:00 AM

JOHN VALLE  2/6/2020
SPECIAL PROCESS SERVER  115-002281

UNDER PENALTIES OF PERJURY AS PROVIDED BY LAW PURSUANT TO SECTION 1-109 OF THE CODE OF CIVIL PROCEDURE, THE UNDERSIGNED CERTIFIES THAT THE STATEMENT ARE TRUE AND CORRECT, EXCEPT AS TO MATTERS THEREIN STATED TO BE ON INFORMATION AND BELIEF AND SUCH MATTERS THE UNDERSIGNED CERTIFIES AS AFORESAID THAT HE/SHE VERILY BELIEVES SAME TO BE TRUE.

JOHN VALLE  2/6/2020

Total: **$80.00**

*10315A*

Law Firm ID: **BURR E. ANDERSON**  Firm #  Case Return Date: **03/15/2020**